# PD-1320-15

*60 days granted PC 10-9-15*

## IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| JOHN VINCINT CRUZ,<br>Appellant | § | Court of Appeals<br>Cause No.: 08-13-00297-CR |
| | § | Trial Court No.: 20120D00741 |
| v. | § | Appealed From The<br>120th Judicial District Court of<br>El Paso County, Texas |
| STATE OF TEXAS,<br>Appellee | | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW, John Vincint Cruz (Appellant) in the above styled and numbered cause and moves this Honorable Court for an Extension of Time to File a Petition for Discretionary Review and would show this Court in support the following:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

### I. NATURE OF THE CASE

This is in continuation of an appeal from the 120th Judicial District Court of El Paso County, Texas, cause no.: 08-13-00297-CR that was In The Court of Appeals, Eighth District of Texas, El Paso, which affirmed the judgment of the trial court on August 5, 2015. Appellant's Petition For Discretionary Review is currently due on November 3, 2015, a mere 37 days from date of this Motion.

1

# II.
## REASONS FOR EXTENSION

An extension is needed for the following reasons:

1. Appellant's appellate counsel[1] was retained to perfect the appeal, filed Notice of Appeal, and Appellant's Brief. After Affirmation appellate counsel informed appellant of the Opion but failed to inform appellant of his right and limitations to file a Petition For Discretionary Review under T.R.A.P., Rule 68. See T.R.A.P., Rule 48.4; Ex parte Jarrett, 891 S.W. 2d 935 (Tex. Crim. App. 1994)(counsel on appeal has a duty under this rule to promptly notify defendat of the result in the Court of Appeals, provide a copy of the Court'ds Opinion, explain the effect of the Court's decision and advise of the right to seek review by the Court of Criminal Appeals).

2. To date appellate counsel has not prepared or filed a Petition For Discretionary Review. It has been 53 days, over half of the time elapsed to file the petition. Appellant has 37 days left. Appellant has not begun to prepare because he was trusting appellate counsel to do it.

3. Appellant reciently was informed that appellate counsel will require an additional fee to file a Petition For Discretionary Review, 53 days latter. Appellant was under the impression that the retainer fee that covered the appeal included the preparation in filing of Petition For Discretionary Review. Therefore, due to lack of funds, appellant has decided to file the petition himself, pro se , and requires the additional time to do so.

4. Appellant is currently incarcerated at the Boyd Unit of the Texas Department of Criminal Justice and is subject to its "inadequate" law library.

5. Under Rule 49.8, an extention can be obtained by filing a Motion reasonably explaining the need therefore. As in the case of extensions of time to file other instruments on appeal, Such

---

[1] Charles Lewis Roberts, Attorney At Law, 300 E. Main, Suite 400, El Paso, Texas 79901, (915) 532-5475, (915) 534-7414 Fax

motions should be liberally granted. *Nolan v. Ramsey*, 783 , ...3 S.W. 2d 212 (Tex. Crim. App. 1990); *Stangel v. Packer* , 945 S.W. 2d 114, (Tex. Crim. App. 1997)(where a party files a timely Motion for extension of time that reasonably explains the need for an extension the appellate court must grant the Motion).

## PRAYER

**WHEREFORE, PREMESIS CONSIDERED**, John Vincent Cruz (Appellant) PRAYS this Honorable Court of Criminal Appeals GRANT him **30 days** to file Petition For Discretionary Review.

Respectfully Submitted,

John Vincent Cruz
TDC #

Boyd Unit
200 Spur 113
Teague, Texas 75860

Appellant Pro Se.

3

## CERTIFICATE OF SERVICE

I, John Vincent Cruz, being currently incarcerated in the Boyd Unit of t. the Department of Criminal Justice do certify that a true and correct copy of the foregoing has been sent via first class mail to all parties interested: UNDER PENALTY OF PERJURY:

John Vincent Cruz
TDCJ #

## IMATE'S UNSWORN DECLARATION

I, John Vincent Cruz, being of sound mind d.: declare that the foregoing is true and correct under penalty of perjury.

John Vincent Cruz
TDCJ #

4